

**U.S. Department of Justice**

United States Attorney's Office
District of New Jersey
*Civil Division*

---

Jessica L. Guarracino
Assistant United States Attorney

970 Broad Street, Suite 700
Newark, NJ 07102
jessica.guarracino@usdoj.gov

main: (973) 645-2700
direct: (973) 645-2726
fax:   (973) 297-2010

January 14, 2026

**BY ECF**
Hon. Robert Kirsch, U.S.D.J.
U.S. District Court for the District of New Jersey
Clarkson S. Fisher Building & U.S. Courthouse
402 East State Street
Trenton, New Jersey 08608

  Re: *Barrientos Argueta v. Noem, et al.*, No. 25-19127
    **Result of Petitioner's Bond Hearing**

Dear Judge Kirsch:

  This Office represents Respondents in the above-referenced habeas matter. We write in response to the Court's January 7, 2026 order, ECF No. 3, to report that an Immigration Judge held a bond hearing for Petitioner on January 13, 2026 and ordered release on $10,000 bond. We therefore respectfully request that Your Honor close this case.

  Thank you very much for your consideration of this matter.

              Respectfully submitted,

              TODD BLANCHE
              U.S. Deputy Attorney General

              JORDAN FOX
              Chief of Staff to the
              Deputy Attorney General
              Associate Deputy Attorney General
              Special Attorney

**SO ORDERED**

Robert Kirsch, U.S.D.J.
Date: 1/14/26

        By: */s/ Jessica L. Guarracino*
           JESSICA L. GUARRACINO
           Assistant United States Attorney
           *Attorneys for Respondents*

cc: All counsel (via ECF)